UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------x
                                                        :
R. SCOTT STEVENSON,                                     :
                                                        :
                  Plaintiff-Counterclaim Defendant,     :
                                                        :
     -against-                                          :    No. 04 CV 4037 (KMK)
                                                        :
TYCO INTERNATIONAL LTD., and TYCO                       :    *Electronically Filed*
INTERNATIONAL (US) INC.,                                :
                                                        :
                  Defendants-Counterclaimants,          :
     -and-                                              :
                                                        :
TME MANAGEMENT CORP., TYCO                              :
INTERNATIONAL LTD RETIREMENT COMMITTEE,                 :
TYCO INTERNATIONAL (US) INC.                            :
ADMINISTRATIVE COMMITTEE, TYCO                          :
INTERNATIONAL (US) INC. SPECIAL APPEALS                 :
COMMITTEE, and FIDELITY INVESTMENTS                     :
INSTITUTIONAL SERVICES COMPANY, INC.,                   :
                                                        :
                  Defendants.                           :
                                                        :
------------------------------------------------------------------------x

## NOTICE OF CROSS-MOTION TO STAY ARBITRATION

PLEASE TAKE NOTICE that, upon the annexed Declaration of Jane Greenman, dated October 14, 2005, the Declaration of Matthew Sarelson, Esq., dated October 13, 2005, the Declaration of Eric G. Hoffman, Esq., dated October 14, 2005, together with the exhibits annexed thereto, the accompanying Memorandum of Law, and all the pleadings and prior proceedings had herein, the undersigned will move this Court before the Honorable Kenneth M. Karas, United States District Judge, at the Unites States Courthouse, 500 Pearl Street, New York, New York, at such time as the Court directs, (i) for an Order pursuant to 9 U.S.C. § 4 and 28

1

U.S.C. § 1651(a) granting Defendant-Counterclaimant's cross-motion to stay arbitration and (ii) for such other relief as the Court deems just and proper.

Dated: New York, New York
       October 14, 2005

Respectfully submitted,

MORGAN, LEWIS & BOCKIUS LLP

By: _____/S/_____
   Christopher P. Reynolds (CR-8338)
   William J. Delany, Pro Hac Vice

101 Park Avenue
New York, New York 10178
(212) 309-6000

Attorneys for Defendants-Counterclaimants
TYCO INTERNATIONAL LTD., and
TYCO INTERNATIONAL (US) INC.

TO:   Marc S. Dreier, Esq.
      Dreier LLP
      499 Park Avenue
      New York, NY 10022

      Attorneys for Plaintiff-Counterclaim Defendant
      R. Scott Stevenson