UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
FILED: 9/29/06

R. SCOTT STEVENSON,

        Plaintiff,

-v-

TYCO INTERNATIONAL (US) INC.
SUPPLEMENTAL EXECUTIVE RETIREMENT
PLAN, TYCO INTERNATIONAL (US) INC., TYCO
INTERNATIONAL (US) INC. ADMINISTRATIVE
COMMITTEE and TYCO INTERNATIONAL (US)
INC. SPECIAL APPEALS COMMITTEE,

        Defendants.

Case No. 04-CV-4037 (KMK)

ORDER

KENNETH M. KARAS, District Judge:

    The Clerk of the Court is hereby ORDERED to terminate Plaintiff's Motion to Compel Arbitration (Doc. No. 34), Defendants' Motion to Dismiss (Doc. No. 13), and Defendants' Cross-Motion to Stay Arbitration (Doc. No. 47).

SO ORDERED.

Dated:     September 29, 2006
           New York, New York

                                      KENNETH M. KARAS
                                      UNITED STATES DISTRICT JUDGE